```
                    ___ RECEIVED
___ ENTERED    ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

        OCT 17 2022

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,                    )     3:22-cr-00033-MMD-CLB
                                             )
       Plaintiff,                         )
                                             )     **ORDER FOR RELEASE**
   vs.                                      )
                                             )
HANNAH RIGGS,                                )
                                             )
       Defendants.                        )
_____)

     On October 7, 2022, this Court ordered that the Defendant be released from custody to the Westcare Residential Treatment Center when a bed becomes available (ECF No. 60).

     On October 17, 2022, the Court was advised by Senior United States Pretrial Services Officer, Misty Sanchez that a bed will be available for the Defendant at the Westcare Residential Treatment Center on October 19, 2022.

     Therefore, the Court finds that HANNAH RIGGS shall be released from custody at the Washoe County Detention Center on **Tuesday, October 18, 2022**, at **6:00 p.m.**, to the custody of her parents for transport and admission into the Westcare Residential Treatment Center on Wednesday, October 19, 2022.

**IT IS SO ORDERED.**

     DATED: October 17, 2022.

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE